United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-15594-ref
Sabrina Antonia Fortuna                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin              Page 1 of 2              Date Rcvd: Nov 18, 2016
                              Form ID: 318             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db              Sabrina Antonia Fortuna,    1222 Ridge Ave,    Whitehall, PA 18052-6819
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13772597        Dept Of Ed/Navient,    Bpx 9635,    Wilkes Barre, PA 18773-0000
13772599       +First Commonwealth FCU,    Box 20450,    Lehigh Valley, PA 18002-0450
13823620       +JPMorgan Chase Bank, NA,    c/o Denise Carlon, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13772600        Land Rover Financial Group c/o Chase,    PO Box 78074 Box 78074,    Phoenix, AZ 85062-8074
13772603        St Lukes Hospital Allentown Campus,    PO Box 8500 Lockbox #8642,    Philadelphia, PA 19178-8500
13772604        St Lukes Hospital Bethlehem Campas,    Box 8500 Lockbox 8187,    Philadelphia, PA 19178-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QDAEISENBERG.COM Nov 19 2016 02:08:00      DAVID ALAN EISENBERG,
                 David A. Eisenberg, Esquire,    4167 Winchester Road,    Allentown, PA 18104-1951
smg            +E-mail/Text: robertsl2@dnb.com Nov 19 2016 02:29:59      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2016 02:29:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 19 2016 02:30:16      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13772592        EDI: TSYS2.COM Nov 19 2016 02:08:00      Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
13772593        EDI: CAUT.COM Nov 19 2016 02:08:00      Chase Auto Finance,    PO Box 901076,
                 Fort Worth, TX 76101-2076
13772594        EDI: CHASE.COM Nov 19 2016 02:08:00      Chase Card,    PO Box 15298,
                 Wilmington, DE 19850-5298
13772595        EDI: CHASE.COM Nov 19 2016 02:08:00      Chase Card Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
13772596        E-mail/Text: bankruptcycollections@citadelbanking.com Nov 19 2016 02:31:17      Citadel FCU,
                 520 Eagleview Blvd,    Exton, PA 19341-1119
13772598       +EDI: TSYS2.COM Nov 19 2016 02:08:00      DSNB Macys,    PO Box 8218,    Mason, OH 45040-8218
13772601        E-mail/Text: unger@members1st.org Nov 19 2016 02:31:33      Members First FCU,    5000 Louise Dr,
                 Mechanicsburg, PA 17055-4899
13772602        E-mail/Text: electronicbkydocs@nelnet.net Nov 19 2016 02:29:47      Nelnet,    3015 S Parker Rd,
                 Aurora, CO 80014-2904
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2016 at the address(es) listed below:
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    on behalf of Debtor Sabrina Antonia Fortuna feldmanfiling@rcn.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Nov 18, 2016
                              Form ID: 318             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sabrina Antonia Fortuna** | Social Security number or ITIN **xxx–xx–7351** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:  **16–15594–ref** | | |

# Order of Discharge                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sabrina Antonia Fortuna

<u>11/17/16</u>                                                         **By the court:**   <u>Richard E. Fehling</u>
                                                                                              United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                                **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**