### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sabrina Antonia Fortuna<br>_____Debtor_____ | CHAPTER 7 |
| JPMorgan Chase Bank, N.A.<br>_____Movant_____<br>vs. | NO. 16-15594 REF |
| Sabrina Antonia Fortuna<br>_____Debtor_____ | |
| David Alan Eisenberg Esq.<br>_____Trustee_____ | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant JPMorgan Chase Bank, N.A., reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to exercise its rights under its loan documents ralting to the SALVP2BG9FH016269 2015 Land Rover - Range Rover Evoque.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this           day of            , 2016.

**Date: December 12, 2016**

_____
United States Bankruptcy Judge.

cc: See attached service list